IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK MATERO,<br><br>      *Plaintiff*,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC.<br><br>and<br><br>CHIPOTLE SERVICES, LLC,<br><br>      *Defendants*. | CIVIL ACTION<br>No. 17-5529 |

## **ORDER**

**AND NOW**, this 20th day of September, 2018, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 20), Plaintiff's Response (ECF No. 24), Defendants' Reply (ECF No. 27), and after hearing oral argument (ECF No. 33), it is **ORDERED** that the motion is **DENIED**.

                                              BY THE COURT:

                                              ***/s/ Gerald J. Pappert***
                                              GERALD J. PAPPERT, J.